# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

In Re:                              )
    Pamela S. Whorton            )
                                 )
                                 )    Case No.   09-31395 -btf-7

## MOTION TO TRANSFER FUNDS TO COURT REGISTRY

    COMES NOW Patricia A. Brown, Trustee in Bankruptcy forPamela S. Whorton, and files this Motion to Transfer Funds to the Court Registry.  In support thereof the Trustee states:

  1. Patricia A. Brown is the duly acting and qualified Trustee of this bankruptcy estate.

  2. The Trustee made her final distribution in the above- referenced bankruptcy estate pursuant to the Court's Order Approving her Final Report entered on January 1-19-2018.

  3. Dividend and interest checks were issued on 1-30-2018  and forwarded to claimants.

  4. The Trustee has funds for the creditor Missouri Gas Energy, in the amount of $204.77.

  5.  Trustee sent the funds to the creditor at the last known address.  The checks # 117 and # 118 were  issued but have not been  presented for payment.  The Trustee contacted Missouri Gas Energy through their email address and left messages on the phone number listed on the claim., no response has been received from Missouri Gas Energy.   The Trustee placed a stop payment on checks # 117 and # 118  and  these funds remain in the bankruptcy estate account.

    Based on the forgoing, the Trustee requests that the Court enter an Order to pay the funds into the Court's registry, and for such other and further relief as this Court deems just and proper.

/s/ Patricia A. Brown
Patricia A. Brown, Trustee
P. O. Box 1865
Joplin, Missouri 64802
417-206-8358

## CERTIFICATE OF SERVICE

    A copy of the above and foregoing was serviced by mailing copies first class, postage prepaid and/ or by electronic notice on September 24, 2018 , to Missouri Gas energy,  debtor (s), debtor's Attorney, the United States Trustee and interested parties requesting notice.

/s/ Patricia A. Brown
Patricia A Brown, Trustee

Missouri Gas Energy, 700 Market Street, % MGE Bankruptcy, St. Louis, Mo 64101